# In the United States Court of Federal Claims

No. 09-265 L

**MARIN M. BRANDT and**
**MARVIN M. BRANDT**
**REVOCABLE TRUST**

                                                                                               **JUDGMENT**

    v.

**THE UNITED STATES**

    Pursuant to the court's Opinion and Order, filed November 30, 2011, granting defendant's motion to dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for defendant, and the complaint is dismissed
.

                                                                         Hazel C. Keahey
                                                                        Clerk of Court

**November 30, 2011**                      By:    s/ Debra L. Samler

                                                         Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $455.00.