## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 17 2012
U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| MARVIN M. BRANDT, and <br> MARVIN M. BRANDT REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. 09-265 <br><br> Hon. Emily C. Hewitt |

### NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs, Marvin M. Brandt and Marvin M. Brant Revocable Trust, hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Judgment and related Opinion and Order, both entered on November 30, 2011 (Dkt. Nos. 24 and 25).

DATED this 13th day of January 2012.

Respectfully Submitted,

Steven J. Lechner, Esq.
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 13, 2012, I served the foregoing Notice of Appeal on counsel for Defendant, United States of America, by sending a copy via First Class, U.S. Mail, postage prepaid and addressed to the following:

Joshua Adrian Doan
U.S. Department of Justice - ENRD
Post Office Box 663
Washington, DC 20044
Phone: (202) 305-0874
Fax: (202) 305-0506

                              /s/ Steven J. Lechner
                              Steven J. Lechner, Esq.
                              MOUNTAIN STATES LEGAL FOUNDATION
                              2596 South Lewis Way
                              Lakewood, Colorado 80227
                              (303) 292-2021
                              (303) 292-1980 (facsimile)
                              lechner@mountainstateslegal.com

                              Attorney for Plaintiffs